1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           EASTERN DISTRICT OF CALIFORNIA
10

11  CHRISTOPHER JAMES MEYER,         )   Case No.: 2:08-CV-01363  WBS (EFB)
                                     )
12          Plaintiff,                )
                                     )
13  v.                               )   **ORDER**
                                     )
14  DEAN P. SMITH, DOING BUSINESS    )
    AS MANGROVE MEDICAL GROUP;       )
15  DEWAYE E. CAVINESS, DOING        )
    BUSINESS AS MANGROVE MEDICAL     )
16  GROUP; DENNIS VICTOR             )
    WORTHINGTON, DOING BUSINESS      )
17  AS MANGROVE MEDICAL GROUP;       )
    MEDICAL PROPERTIES INVESTMENT    )
18  GROUP, and DOES 1 through 100,   )
    inclusive                        )
19          Defendants.              )
                                     )

20  ///

21  ///
22
23  ///

24
25
26
27
28

STIPULATION FOR DISMISSAL OF DEFENDANT -1-                 2:08-CV-01363  WBS (EFB)

# **ORDER**

Having read the parties stipulation and find good cause therefore, this action is hereby ordered dismissed without prejudice as to Defendant DENNIS VICTOR WORTHINGTON, DOING BUSINESS AS MANGROVE MEDICAL GROUP, only.

**IT IS SO ORDERED**

Dated: October 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE